SCHMIDT ET AL., DBA SCHMIDT & POLLARD v. OAK-
LAND UNIFIED SCHOOL DISTRICT ET AL.

No. 81–1444.   Decided June 21, 1982

PER CURIAM.

California Educ. Code Ann. § 39640 (West Supp. 1982) re-
quires school districts to award any contracts for work in-
volving more than $12,000 to the "lowest responsible bidder."
For projects over $100,000, the Oakland School District re-
quires that to be considered responsible, general contractors
must use minority-owned businesses for at least 25 percent
of the dollar amount of the total bid.   Petitioners submitted
the low bid for an advertised project but were disqualified
under the School District plan as not being responsible.   They
brought this action claiming damages and asserting that the
affirmative-action plan violated not only the Federal Consti-
tution but also state law.   The Court of Appeals affirmed
a judgment of the District Court upholding the plan on con-
stitutional grounds.   662 F. 2d 550 (1981).   Although the
Court of Appeals acknowledged that under one of its prior
decisions, the plan at issue might be invalid under state law,
it declined to decide the state-law question since it was a sen-

sitive matter and petitioners could present it to the state courts.

If the affirmative-action plan is invalid under state law, the Court of Appeals need not have reached the federal constitutional issue. Nevertheless, the Court of Appeals declined to resolve the pendent state-law claim. Under *Hagans* v. *Lavine*, 415 U. S. 528, 546 (1974), and *Mine Workers* v. *Gibbs*, 383 U. S. 715 (1966), this was an abuse of discretion in the circumstances of this case.

We accordingly grant the petition for certiorari, vacate the judgment of the Court of Appeals, and remand the case for further proceedings consistent with this opinion.

*So ordered.*